MICHAEL C. ORMSBY
United States Attorney
Eastern District of Washington
Stephanie J. Lister
Assistant United States Attorney
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

DEC 2 0 2016

SEAN F. McAVOY, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA,  )
                           )   2:16-CR-209-TOR
            Plaintiff,     )
                           )   INDICTMENT
      vs.                  )
                           )   Vio:  18 U.S.C. § 2252A(a)(2)
DANIEL LEE VADNAIS,        )        Distribution of Child
                           )        Pornography
            Defendant.     )        (Count 1)
                           )
                           )        18 U.S.C. § 2252A(a)(2)
                           )        Receipt of Child Pornography
                           )        (Count 2)
                           )
                           )        18 U.S.C. § 2252A(a)(5)(B)
                           )        Possession of Child
                           )        Pornography
                           )        (Count 3)
                           )
                           )        18 U.S.C. § 2253
                           )        Forfeiture Allegations
                           )

The Grand Jury Charges:

COUNT 1

(Distribution of Child Pornography)

On or about January 15, 2016, within the Eastern District of Washington, the Defendant, DANIEL LEE VADNAIS, did knowingly distribute child pornography, as

INDICTMENT - 1

defined in 18 U.S.C. § 2256(8)(A), that had been mailed, shipped and transported in interstate or foreign commerce, or which was produced using materials which had been mailed or so shipped or transported, by any means, including by computer, to wit: still image and video files depicting minor and prepubescent children engaging in sexually explicit conduct including but not limited to actual and simulated intercourse, and the lascivious exhibition of the genitals and pubic area, in violation of 18 U.S.C. § 2252A(a)(2), (b)(1).

COUNT 2

(Receipt of Child Pornography)

On or about January 3, 2016, through on or about April 6, 2016, within the Eastern District of Washington, the Defendant, DANIEL LEE VADNAIS, did knowingly receive child pornography, as defined in 18 U.S.C. § 2256(8)(A), that had been mailed, shipped and transported in interstate or foreign commerce, or which was produced using materials which had been mailed or so shipped or transported, by any means, including by computer, to wit: still image and video files depicting minor and prepubescent children engaging in sexually explicit conduct including but not limited to actual and simulated intercourse, and the lascivious exhibition of the genitals and pubic area, in violation of 18 U.S.C. § 2252A(a)(2), (b)(1).

COUNT 3

(Possession of Child Pornography)

On or about April 6, 2016, within the Eastern District of Washington, the Defendant, DANIEL LEE VADNAIS, did knowingly possess material which contained one or more visual depictions of child pornography, as defined in 18 U.S.C. § 2256(8)(A), the production of which involved the use of a minor who had not attained 12 years of age engaging in sexually explicit conduct, and which visual depictions were of such conduct; that has been mailed, shipped and transported in interstate and foreign commerce, and which was produced using materials which had

INDICTMENT - 2

been mailed, shipped, or transported in interstate and foreign commerce, by any means including computer, all in violation of 18 U.S.C. § 2252A(a)(5)(B).

## NOTICE OF FORFEITURE ALLEGATIONS

The allegations contained in Counts 1 - 3 of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to 18 U.S.C. § 2253.

Upon conviction of the offense(s) alleged in Counts 1 - 3 of this Indictment, Defendant, DANIEL LEE VADNAIS, shall forfeit to the United States, pursuant to 18 U.S.C. § 2253, any visual depiction described in section 2251, 2251A, 2252, 2252A, 2252B, or 2260 of this chapter, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of this chapter; any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offenses; and, any property, real or personal, used or intended to be used to commit or to promote the commission of such offenses, or any property traceable to such property, including but not limited to:

(1) HP Variquest Design Center 2300 Computer, bearing serial number VQNXK534195R

(2) Toshiba Satellite Laptop Computer, bearing serial number P755S5215

If any of the above described forfeitable property, as a result of any act or omission of the Defendant:

(a)   cannot be located upon the exercise of due diligence;
(b)   has been transferred or sold to, or deposited with, a third party;
(c)   has been placed beyond the jurisdiction of the court;
(d)   has been substantially diminished in value; or
(e)   has been commingled with other property which cannot be divided without difficulty;

INDICTMENT - 3

it is the intent of the United States, pursuant to 21 U.S.C. § 853(p), as incorporated by 18 U.S.C. § 2253(b), to seek forfeiture of any other property of said Defendant up to the value of the forfeitable property described above.

DATED this 20th day of December, 2016.

A TRUE BILL

_____ Foreperson

_____
MICHAEL C. ORMSBY
United States Attorney

_____ (for)
Stephanie J. Lister
Assistant United States Attorney

INDICTMENT - 4