# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| UNITED STATES OF AMERICA, | Case No. 2:16-CR-0209-TOR-1 |
|---|---|
| Plaintiff, | **CRIMINAL MINUTES** |
| vs. | DATE: 5/25/2017 |
| DANIEL LEE VADNAIS, | LOCATION: Spokane |
| Defendant. | **CHANGE OF PLEA** |

**CHIEF JUDGE THOMAS O. RICE**

| Linda Hansen | | | Dorothy Stiles |
|---|---|---|---|
| **Courtroom Deputy** | **Law Clerk** | **Interpreter** | **Court Reporter** |
| Stephanie J Lister | | Colin G Prince | |
| **Plaintiff's Counsel** | | **Defendant's Counsel** | |

[ X ] Open Court                    [ X ] US Probation Officer: Cassie Lerch

Stephanie Lister addressed the Court and provided an original signed Plea Agreement to the Court.

Ms. Lister confirmed that the victims have been notified of this proceeding and have chosen not to participate.

Oath administered to defendant for change of plea.   Defendant confirmed his true and correct name.

The Court confirmed defendant's understanding of the elements and facts depicted in the Plea Agreement, which would need to be proven to obtain a conviction.   The Court advised the defendant of rights given up by entering a guilty plea, including the right to a jury trial.   The Court advised the defendant that he will be giving up certain rights to appeal.

Defendant pleaded guilty to Count 2 of the Indictment and the Court accepted his plea. The Court finds the defendant fully competent and aware of the charges against him; and that he knowingly and voluntarily entered into the Plea Agreement.

The Court ordered a presentence investigation report and reserved ruling on the 11(c)1(C) binding nature of the Plea Agreement.

Mr. Prince advised that the defendant does object to the entry of the Preliminary Order of Forfeiture.

**Sentencing is set for 9/6/2017 at 2:00 p.m. in Spokane.**

Defendant was remanded to the custody of the US Marshal pending sentencing.

| CONVENED: 1:31 PM | ADJOURNED: 1:44 PM | TIME: 13 MINS | ORDER FORTHCOMING [ X ] |